AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
James Allen Knowles

)
) Case: 1:23-mj-00199
) Assigned To : Harvey, G. Michael
) Assign. Date : 8/8/2023
) Description: Complaint W/ Arrest Warrant
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* James Allen Knowles,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 08/08/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.08.08 10:50:50 -04'00'

*Issuing officer's signature*

City and state:  Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/8/2023, and the person was arrested on *(date)* 8/15/2023
at *(city and state)* Pass Christian, MS.

Date: 08/15/23

*Arresting officer's signature*

Preston Knight, Special Agent
*Printed name and title*

# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

BEFORE THE HONORABLE BRADLEY W. RATH

INITIAL APPEARANCE RULE 5 PROCEEDINGS

| | | | |
|---|---|---|---|
| Case Number: | 1:23-mj-00100-BWR | UNITED STATES vs. Knowles | |
| Hearing Date: | 8/15/2023 | Time In and Out: | 2:11 pm to 2:34 pm |
| Clerk: | AB | Courtroom: | 683 |
| Defendant: | James Allen Knowles | Defendant's Counsel: | Leilani Tynes |
| AUSA | Lee Smith | Pretrial/Probation: | Sandra Doll |
| Interpreter: | N/A | DUSMs: | Sam Britt/Bill Markopoulos |
| CSO: | Tom Bishop | | |

## PROCEEDINGS

- ☒ Defendant sworn
- ☒ First Appearance by Defendant
- ☒ Defendant received a copy of charging document
- ☒ Defendant requested a Preliminary Hearings in this district.
- ☒ Preliminary Hearing set for August 17, 2023 at 1:30 PM.

## Custody Status

| | | |
|---|---|---|
| ☒ | Government is not seeking detention and was agreeable to $25,000 unsecured bond with conditions. | |
| ☒ | Defendant released on bond. | $25,000 Unsecured Appearance bond. |
| ☒ | Conditions of release imposed | Order Setting Conditions of Release entered. |

## Other

- ☐

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO.: 1:23-mj-00100-BWR

JAMES ALLEN KNOWLES

### ORDER REGARDING BRADY DISCLOSURES

By this order—issued to the prosecution and defense counsel—the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.

This written order is entered under Rule 5(f)(1) of the Federal Rules of Criminal Procedure and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present.

SO ORDERED on this 15th day of August, 2023.

_____
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE


Received and Acknowledged:

_____
Prosecutor

_____
Defense Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 15 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No.  1:23-mj-00100-BWR |
| James Allen Knowles | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
                                                *Place*

on _____
                       *Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                     Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

   IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
   Person or organization _____
   Address *(only if above is an organization)* _____
   City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

   Signed: _____   _____
                *Custodian*                        *Date*

(✓) (7) The defendant must:
   (✓) (a) submit to supervision by and report for supervision to the   US Probation Officer at his/her discretion   ,
       telephone number   228-563-1850   , no later than _____.
   (✓) (b) continue or actively seek employment.
   ( ) (c) continue or start an education program.
   (✓) (d) surrender any passport to:   US Probation Officer, or, if you do not have a passport,
   (✓) (e) not obtain a passport or other international travel document.
   (✓) (f) abide by the following restrictions on personal association, residence, or travel:   Southern District of Mississippi
       Other travel must be pre-cleared with Pretrial Services Officer.
   (✓) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
       including:   Co-defendant(s), if any; any person under indictment, on bond, parole, probation or supervised release for a felony offence.

   ( ) (h) get medical or psychiatric treatment: _____

   ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
       or the following purposes: _____

   ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
       necessary.
   (✓) (k) not possess a firearm, destructive device, or other weapon.
   (✓) (l) not use alcohol ( ) at all (✓) excessively.
   (✓) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
       medical practitioner.
   (✓) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
       random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
       prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
       of prohibited substance screening or testing.
   ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
       supervising officer.
   ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
       ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as
            directed by the pretrial services office or supervising officer; or
       ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
            medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
            activities approved in advance by the pretrial services office or supervising officer; or
       ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
            court appearances or other activities specifically approved by the court; or
       ( ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,
            you must comply with the location or travel restrictions as imposed by the court.
            Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
- ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii) Voice Recognition; or
- ( ☐ ) (iii) Radio Frequency; or
- ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t) Prior to having a prescription filled, defendant is to check with the Probation Officer to confirm that the drug is not on a restricted list. You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered and you shall not associate with any persons engaged in criminal activity. You shall refrain from the use of any mood-altering substance.

**Additional Conditions:**

- Stay away from Washington DC unless for Court, Pretrial or consultation with attorney.
- Call Pretrial Services once per week and verify address.
- No travel outside of the continental US without Court approval.
- Participate in all future proceedings as directed.
- No local/state/federal crimes.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 8/15/2023

_____
Judicial Officer's Signature

Bradley W. Rath, U.S. Magistrate Judge
Printed name and title

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 15 2023
ARTHUR JOHNSTON
BY _____ DEPUTY

| | ) | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:23-mj-00100-BWR |
| James Allen Knowles | ) | |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____ James Allen Knowles _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(  ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ __25,000.00_____ .

(  ) (3) This is a secured bond of $ _____ , secured by:

   (  ) (a) $ _____ , in cash deposited with the court.

   (  ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   (  ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 8/15/23

_____
*Defendant's signature*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

_____  _____
*Surety/property owner – printed name*  *Surety/property owner – signature and date*

CLERK OF COURT

Date: 8/15/23

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 8/15/2023

_____
*Judge's signature*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 17 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                    CASE NO. 1:23-mj-00100-BWR

JAMES ALLEN KNOWLES

### ORDER TERMINATING DEFENDANT'S PRELIMINARY HEARING

The Defendant, James Allen Knowles, appeared in this Court on August 15, 2023, for an initial appearance in Rule 5 Proceedings pursuant to a criminal complaint filed in Washington, DC. [Dkt. 1]. The Defendant was appointed counsel from the Federal Public Defender's Office. [Dkt. 3]. The Defendant was granted an unsecured appearance bond in the amount of $25,000 and the Court entered an order setting conditions on the Defendant's pre-trial release. [Dkt. 5, 6]. The Court set the Defendant's preliminary hearing on August 17, 2023.

On August 16, 2023, an information, Case: 1:23-cr-00275, was filed in Washington, DC, charging the Defendant with four misdemeanor counts in violation of 18 U.S.C. § 1752(a)(1), 18 U.S.C. § 1752(a)(2), 40 U.S.C. § 5104(e)(2)(D), and 40 U.S.C. § 5104(e)(2)(G).

Federal Rules of Criminal Procedure 5.1(a)(4) states: If a defendant is charged with an offense other than a petty offense, a magistrate judge must conduct a preliminary hearing unless: the government files an information charging the defendant with a misdemeanor. The Government in this case has now filed an information charging the defendant with a misdemeanor, therefore he is no longer entitled to a preliminary hearing.

A misdemeanor charge may proceed on an information. Fed. R. Crim. P. 58(b)(1). Further, the Defendant does not have to waive his right to proceed by way of indictment because he has

not been charged with a felony offense. Fed. R. Crim. P. 7(b).

For these reasons, the Court terminates the Defendant's Preliminary hearing scheduled for August 17, 2023.

This the __17th__ day of August 2023.

_____
UNITED STATES MAGISTRATE JUDGE

Agreed:

s/Leilani Tynes
Attorney for the Defendant

s/Lee Smith
Assistant United States Attorney

# U.S. District Court
## Southern District of Mississippi (Southern)
## CRIMINAL DOCKET FOR CASE #: 1:23-mj-00100-BWR-1
### Internal Use Only

Case title: USA v. Knowles

Date Filed: 08/15/2023

Date Terminated: 08/17/2023

Assigned to: Magistrate Judge Bradley W. Rath

### Defendant (1)

**James Allen Knowles**  
*TERMINATED: 08/17/2023*

represented by **Leilani Leith Tynes - FPD**  
FEDERAL PUBLIC DEFENDER - Gulfport  
2510 14th Street, Suite 902  
Gulfport, MS 39501  
228/865-1202  
Fax: 228/867-1907  
Email: leilani_tynes@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1752.F, 40:5104E.M | |

### Interested Party

Probation Gulfport

**Plaintiff**

| USA | | represented by | Lee Smith-Federal Gov |

Lee Smith-Federal Gov
U. S. DEPARTMENT OF JUSTICE - Gulfport
1575 20th Ave
Gulfport, MS 39501
228-563-7282
Email: lee.smith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2023 | | Arrest (Rule 5 - District of Columbia) of James Allen Knowles. (AB) (Entered: 08/15/2023) |
| 08/15/2023 | | Set Hearing as to James Allen Knowles: Initial Appearance set for 8/15/2023 at 1:30 PM in Courtroom 683 (Gulfport) before Magistrate Judge Bradley W. Rath. (AB) (Entered: 08/15/2023) |
| 08/15/2023 | 1 | MINUTE ENTRY for proceedings held before Magistrate Judge Bradley W. Rath: Initial Appearance in Rule 5 Proceedings as to James Allen Knowles held on 8/15/2023. Tape Number: 8/15/2023. (AB) (Entered: 08/15/2023) |
| 08/15/2023 | 2 | *RESTRICTED* CJA 23 Financial Affidavit by James Allen Knowles. (AB) (Entered: 08/15/2023) |
| 08/15/2023 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to James Allen Knowles. Leilani Leith Tynes - FPD for James Allen Knowles appointed. Signed by Magistrate Judge Bradley W. Rath on 8/15/2023 (AB) (Entered: 08/15/2023) |
| 08/15/2023 | 4 | BRADY ORDER as to James Allen Knowles. Signed by Magistrate Judge Bradley W. Rath on 8/15/2023 (AB) (Entered: 08/15/2023) |
| 08/15/2023 | 5 | Unsecured Appearance Bond Entered as to James Allen Knowles in the amount of $25,000.00. (AB) (Entered: 08/15/2023) |
| 08/15/2023 | 6 | ORDER Setting Conditions of Release as to James Allen Knowles (1) Unsecured Appearance Bond $25,000.00. Signed by Magistrate Judge Bradley W. Rath on 8/15/2023 (AB) (Entered: 08/15/2023) |
| 08/15/2023 | | Set Hearing as to James Allen Knowles: Preliminary Hearing set for 8/17/2023 at 1:30 PM in Courtroom 683 (Gulfport) before Magistrate Judge Bradley W. Rath. (AB) (Entered: 08/15/2023) |
| 08/17/2023 | 7 | ORDER CANCELLING PRELIMINARY HEARING as to James Allen Knowles. Signed by Magistrate Judge Bradley W. Rath on 8/17/2023 (AB) (Entered: 08/17/2023) |
| 08/17/2023 | | (Court only) ***Set CLOSED Flag as to James Allen Knowles, ***Terminated defendant James Allen Knowles, pending deadlines, and motions. (AB) (Entered: |

|  |  |  |
|---|---|---|
|  | 08/17/2023) |  |