IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.                                                                CRIMINAL CASE NO. 1:23-cr-00275-JMC

JAMES ALLEN KNOWLES

## NOTICE OF ATTORNEY APPEARANCE

Leilani L. Tynes, Assistant Federal Public Defender, hereby enters her appearance as counsel for Defendant, James Allen Knowles, in the above-styled and numbered cause.

Respectfully submitted, this the 21st day of August 2023.

    /s/Leilani L. Tynes
Leilani L. Tynes, MSB No. 100074
Assistant Federal Public Defender
2510 14th Street, Suite 902
Gulfport, MS   39501
Telephone: (228) 865-1202
Fax:    (228) 867-1907
Email: leilani_tynes@fd.org

## CERTIFICATE OF SERVICE

I, Leilani L. Tynes, attorney for the Defendant, James Allen Knowles, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which provided notification to all parties of record.

Dated this the 21st day of August 2023.

    /s/Leilani L. Tynes
LEILANI L. TYNES
Assistant Federal Public Defender