IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                                CRIMINAL CASE NO. 1:23-cr-00275-JMC

JAMES ALLEN KNOWLES


**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

COMES NOW the undersigned, Leilani L. Tynes, Assistant Federal Public Defender, and moves the Court for an order allowing her to withdraw as attorney of record for the defendant, James Allen Knowles, for the reasons set forth below.

I.

The Federal Public Defender's Office was appointed to represent Mr. Knowles on August 15, 2023, in the Southern District of Mississippi in connection with the criminal complaint filed in the District of Columbia.   His initial appearance on the criminal complaint is scheduled for August 24, 2023, by video teleconference.

II.

On August 23, 2023, Mr. Knowles advised the undersigned counsel that he wished to terminate the services of the Federal Public Defender's Office and proceed *pro se* in this matter.

III.

As it is Mr. Knowles's wish to terminate the services of the Federal Public Defender's Office, the undersigned requests that she be allowed to withdraw from his representation and, further, requests that Mr. Knowles be allowed to proceed *pro se* in this case.

WHEREFORE PREMISES CONSIDERED, the undersigned counsel respectfully

requests that she be allowed to withdraw as attorney of record for the defendant and that the

Defendant be allowed to proceed *pro se* in this case.

Respectfully submitted this the 24th day of August 2023.

OMODARE B. JUPITER
Federal Public Defender

By:  /s/Leilani L. Tynes
Leilani L. Tynes, MSB No. 100074
Assistant Federal Public Defender
2510 14th Street, Suite 902
Gulfport, MS   39501
Telephone: (228) 865-1202
Fax:    (228) 867-1907
Email: leilani_tynes@fd.org

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, Leilani L. Tynes, do hereby certify that I have this day electronically filed the

foregoing Motion to Withdraw with the Clerk of the Court using the ECF system which sent

notification of such filing to all counsel of record, and I will mail a true and correct copy of the

foregoing Motion to Withdraw as Attorney of Record to the Defendant, James Allen Knowles, at

his address of record.

This the 24th day of August 2023.

/s/Leilani L. Tynes
LEILANI L. TYNES
Assistant Federal Public Defender

2