IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                             CRIMINAL CASE NO. 1:23-cr-00275-JMC

JAMES ALLEN KNOWLES

### SECOND MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW the undersigned, Leilani L. Tynes, Assistant Federal Public Defender, and moves the Court for an order allowing her to withdraw as attorney of record for the defendant, James Allen Knowles, for the reasons set forth below.

I.

The Federal Public Defender's Office was appointed to represent Mr. Knowles on August 15, 2023, in the Southern District of Mississippi in the above referenced matter.

II.

On August 23, 2023, Mr. Knowles advised the undersigned counsel that he wished to terminate the services of the Federal Public Defender's Office and proceed *pro se* in this matter. After repeated meetings and discussions with undersigned counsel, Mr. Knowles agreed to withdraw his request and to continue with counsel. Since that time my ability to represent Mr. Knowles effectively has deteriorated rapidly. Despite being represented by counsel, Mr. Knowles continues to ignore my advice and continues sending letters with certain demands and requests to all parties related to this case. The most recent letter to undersigned counsel was titled "Notice of Dishonor." This letter was copied to the United States Attorney's Office and the Court and although not exactly clear, seems to allege that undersigned counsel is ineffective or has

otherwise not properly represented the defendant. At this time undersigned counsel believes that the attorney client relationship has deteriorated such that I can no longer effectively represent Mr. Knowles in the above referenced matter.

III.

Undersigned requests that this matter be set for hearing and that she be permitted to withdraw from her representation of Mr. Knowles in the above referenced case.

WHEREFORE PREMISES CONSIDERED, the undersigned counsel respectfully requests that this matter be set for hearing and that she be permitted to withdraw as attorney of record for the defendant and that the Defendant.

Respectfully submitted this the 15th day of March 2024.

              OMODARE B. JUPITER
              Federal Public Defender

       By: */s/Leilani L. Tynes*
           Leilani L. Tynes, MSB No. 100074
           Assistant Federal Public Defender
           2510 14th Street, Suite 902
           Gulfport, MS   39501
           Telephone: (228) 865-1202
           Fax:    (228) 867-1907
           Email: leilani_tynes@fd.org

           *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I, Leilani L. Tynes, do hereby certify that I have this day electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record, and I will mail a true and correct copy of the foregoing Second Motion to Withdraw as Attorney of Record to the Defendant, James Allen Knowles, at his address of record.

    This the 15th day of March 2024.

                                                              /s/Leilani L. Tynes
                                                              LEILANI L. TYNES
                                                              Assistant Federal Public Defender