**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) </br> ) </br> ) |
| v. | ) Case No. 1:23-cr-275-01 (JMC) </br> ) |
| JAMES ALLEN KNOWLES | ) </br> ) |

**DEFENSE COUNSEL'S MOTION FOR *EX PARTE* STATUS CONFERENCE**

NOW COMES undersigned counsel Gregory S. Smith, appointed as successor CJA counsel to represent Defendant James Allen Knowles in this case, and requests that a status conference be promptly held to provide guidance on the scope of his responsibilities in this case. Because this matter involves representational issues only, counsel also requests that this status hearing be conducted outside the presence of all the prosecutors in this case (*ex parte*).

Undersigned counsel has endeavored to provide legal services in this case pursuant to his appointment. As this Court is likely aware from at least some of Mr. Knowles' letters sent to undersigned counsel but which Mr. Knowles also cc'd to the Court, Mr. Knowles has advised undersigned counsel that he should not argue in this case, among other items, any facts or law. Obviously, undersigned counsel cannot effectively represent any client under such restrictions.

Recently, the need for resolution of counsel's authority has become more acute with impending deadlines, as this case moves toward a trial. While the Government has expressed some willingness, given the current circumstances, to consent to out-of-time pretrial motions and other pretrial pleadings defense counsel believes should be filed, the Government has also made very clear that it will oppose any postponement of the trial. Recent efforts to get clarity internally from the client on counsel's upcoming role have unfortunately reached an impasse.

1

Accordingly, undersigned counsel requests that the Court schedule a status hearing with the Defendant and undersigned counsel (only), at this Court's earliest convenience. Since Mr. Knowles resides out of state, any scheduled status hearing should also be held remotely.

Dated: July 19, 2024.                    Respectfully submitted,

                                                              ___/s/_Gregory S. Smith_____
Gregory S. Smith (D.C. Bar #472802)
Law Offices of Gregory S. Smith
913 East Capitol Street, S.E.
Washington, D.C.  20003
Telephone: (202) 460-3381
Email: gregsmithlaw@verizon.net
*Attorney for Defendant James Allen Knowles*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is automatically being served upon all counsel of record, via the Electronic Case Filing system.

This 19th day of July, 2024.

                                                              ___/s/_Gregory S. Smith_____
Gregory S. Smith