UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> JAMES ALLEN KNOWLES ) <br> ) | CASE NO. 1:23-CR-275 (JMC) |

**DEFENSE MOTION FOR PAYMENT OF TRAVEL EXPENSES**
**OF DEFENDANT, PURSUANT TO 18 U.S.C. § 4285**

NOW COMES defense counsel for Defendant James Allen Knowles,[1] and respectfully moves this Court to order the United States Marshal's Service to make travel arrangements as needed for Mr. Knowles to travel from his home in Pass Christian, Mississippi to Washington, DC, to attend the trial in this case, scheduled to begin September 30, 2024, and for housing and subsistence payments as allowable. In support of this motion, counsel submits the following:

1. Mr. Knowles has previously appeared in this Court on several occasions. He was previously determined to be sufficiently indigent to qualify for appointed counsel.

2. Title 18 U.S.C. § 4285 provides that the Court may direct the United States marshal to arrange for an indigent defendant's means of noncustodial transportation, or furnish the fare for such transportation to the place where an appearance is required, and in addition may direct the United States marshal to furnish the person with an amount of money for subsistence to the destination, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

Mr. Knowles is represented by undersigned CJA counsel. Mr. Knowles is eligible for travel reimbursement under 18 U.S.C. § 4285, and this request for payment of Mr. Knowles' travel expenses is now being submitted for the Court's consideration.

---

[1] Mr. Knowles' position is that he has only entered a special appearance in this case, and he reserves all rights.

WHEREFORE, for the foregoing reasons, defense counsel respectfully requests that the Court order the United States Marshal's Service to pay travel expenses as necessary and to make appropriate arrangements to facilitate Mr. Bernier's multi-day appearance at the trial scheduled to begin in this Court on September 30, 2024.  A proposed order is attached below.

This 5th day of day of September, 2024.

Respectfully submitted,

___/s/ Gregory S. Smith_____
Gregory S. Smith (D.C. Bar No. 472802)
Law Offices of Gregory S. Smith
913 East Capitol Street SE
Washington, DC  20003
(202) 460-3381
Email: gregsmithlaw@verizon.net
*Appointed Counsel for James Allen Knowles*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2024, I caused a copy of the foregoing to be served on all counsel of record automatically, through the Court's electronic filing system (ECF).

___/s/ Gregory S. Smith_____
Gregory S. Smith