UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:23-CR-275 (JMC) |
| ) | |
| JAMES ALLEN KNOWLES ) | |

**ORDER**

Upon consideration of the Defense Motion for Payment of Travel Expenses Pursuant to 18 U.S.C. § 4285, and for good cause shown,

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 4285, the United States Marshal's Service shall arrange and pay for the Defendant's round-trip noncustodial transportation from his home in Pass Christian, Mississippi to this Court for the purposes of attending his trial in this Court, currently scheduled to begin on September 30, 2024, and to the extent allowable, to also provide the Defendant with his reasonable subsistence costs as needed for his attendance and participation during that trial, in an amount not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

This __6th__ day of September, 2024.

_____
The Honorable Jia M. Cobb
United States District Judge