**GRANTED: 10/9/2024**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES ALLEN KNOWLES,<br><br>        Defendant. | Case No. 23-cr-275-1 (JMC) |

## EMAILS EXCHANGED DURING TRIAL

The parties and the Court exchanged the following substantive emails during trial.