CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

JAMES ALLEN KNOWLES

Civil/Criminal No.: 23-cr-00275-1 (JMC)

### NOTE FROM JURY

audio is very low on TV can't hear

Date: 10/3/24

Time: 1:05