CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

JAMES ALLEN KNOWLES

Civil/Criminal No.: 23-cr-00275-1 (JMC)

## NOTE FROM JURY

For Count 2, element 4, we are confused about the wording "conduct occurred when, or so that, his conduct in fact impeded or..." What is the distinction between "occurred when his conduct in fact impeded" and "conduct occurred so that his conduct in fact impeded". (p. 28) Does the impediment or disruption have to be, in part, a result of the defendant's conduct? Or do they just have to occur simultaneously. Could we please have 10 more copies of the judge's instructions?

Date: October 3rd, 2024
Time: 3:31 PM