CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Civil/Criminal No.: 23-cr-00275-1 (JMC)
)
JAMES ALLEN KNOWLES )
)

## NOTE FROM JURY

Does "Capitol Buildings" (count 4) include areas surrounding the actual building, including the Northwest Courtyard, and other terraces/porticoes?

Date: 10/3

Time: 9:17