CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

JAMES ALLEN KNOWLES

Civil/Criminal No.: 23-cr-00275-1 (JMC)

## NOTE FROM JURY

We the jury have reviewed and discussed the evidence and each juror's position regarding the evidence extensively.

We ld agree that the strength of the positions held by the jurors makes a unanimous decision impossible on each of counts 1, 2, 3 & 4.

Date: 10/7/24

Time: 3:10