CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

)
)
vs.                                   )          Civil/Criminal No.:  23-cr-00275-1 (JMC)
)
JAMES ALLEN KNOWLES             )
)

### NOTE FROM JURY

We the jury have reached a
verdict on all four counts.

10/8/24
10:43 am