UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Case No. 23-cr-275 (JMC)
:
JAMES ALLEN KNOWLES, :
:
Defendant. :

### VERDICT FORM

We, the jury in the above-titled case, find the defendant:

**As to COUNT ONE: Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1):**

\_\_\_\_ Not Guilty   **X** Guilty

**As to COUNT TWO: Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2):**

**X** Not Guilty   \_\_\_\_ Guilty

**As to COUNT THREE: Disorderly Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D):**

**X** Not Guilty   \_\_\_\_ Guilty

**As to COUNT FOUR: Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G):**

**X** Not Guilty   \_\_\_\_ Guilty

DATE: 10/8/24