UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                       )

UNITED STATES OF AMERICA        )
                                                      )

v.                                                      )        CRIMINAL ACTION

JAMES KNOWLES                        )        NO. 1:23-CR-275-01 (JMC)
_____)

**<u>DEFENDANT'S NON-OPPOSITION TO DISMISSAL WITH PREJUDICE
AND REQUEST FOR EXPEDITED RULING</u>**

NOW COMES Defendant JAMES KNOWLES,[1] through undersigned counsel, and states non-opposition to the Government's recently-filed Motion to Dismiss with Prejudice, ECF #120.

Because the docket shows a sentencing hearing still scheduled to take place on Friday, defense counsel also requests that this Court rule on the Government's motion expeditiously. The Probation Office recently filed a Notice of Compliance, suggesting it may believe this Court still plans to hold this sentencing hearing. In order to know whether he must attend a hearing on Friday, CJA defense counsel also requests an expedited ruling on the Government's motion.

This 22nd day of January, 2025.

                                            Respectfully submitted,

                                            __/s/ Gregory S. Smith_____
                                            Gregory S. Smith
                                            Law Offices of Gregory S. Smith
                                            913 East Capitol Street, S.E.
                                            Washington, D.C. 20003
                                            (202) 460-3381
                                            gregsmithlaw@verizon.net

---

[1] Mr. Knowles' position is that he has only entered a special appearance in this case, and he reserves all rights.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT'S NON-OPPOSITION TO DISMISSAL WITH PREJUDICE AND REQUEST FOR EXPEDITED RULING is being served upon all parties automatically, via this Court's ECF system.

This 22nd day of January, 2025.

                                           /s/ Gregory S. Smith
                                           Gregory S. Smith